FILED                                           Rev. 5/20

# United States District Court
## Middle District of Florida
### Fort Myers Division

2023 MAR -2  AM 11: 49

CLERK US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
FORT MYERS FLORIDA

__Benson Kinney__
*(In the space above enter the full legal name of the plaintiff)*

-against-

Carson, Machado, OFC. Marlett unknown OFC in van., R.m.c nurse in Reception and Urgent Care, The Doctor in Urgent Care, Doctor and nurses at Desoto

Case No. 2:23CV138SPCKCO
*(To be filled out by Clerk's Office only)*

**COMPLAINT**
*(Pro Se Confined Litigant)*

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Kinney, Benson
Name (Last, First, MI)                         Aliases

626969
Identification #

Desoto C.I.
Place of Detention

13617 Southeast Hwy 70
Institutional Address

Desoto, Arcadia.              Fl.           34266-7800
County, City                  State         Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  **Carson**
Name (Last, First)

**Kernel**
Current Job Title

**13617 SE Hwy 70**
Current Work Address

**Desoto, Arcadia**     **Fl**     **34266-7800**
County, City     State     Zip Code


Defendant 2:  **Macado**
Name (Last, First)

**Warden**
Current Job Title

**13617 SE Hwy 70**
Current Work Address

**Desoto Arcadia**     **Fl**     **34266-7800**
County, City     State     Zip Code

Rev. 5/20

## Defendant(s) Continued

Defendant 3: __Marlett__
Name (Last, First)

__Transportation__
Current Job Title

__13617 SE Hwy 70__
Current Work Address

__Desoto, Arcadia__   __Fl.__   __34266-7800__
County, City   State   Zip Code


Defendant 4: __Unknown Van driver__
Name (Last, First)

__Transportation__
Current Job Title

__13617 SE Hwy 70__
Current Work Address

__Desoto, Arcdia__   __Fl__   __34266-7800__
County, City   State   Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

## Section IV

Defendant 5: unknown nurses in Reception And urgent Care At R.M.C

Defendant 6: Doctor At urgent Care R.M.C

Defendant 7: Doctor At Desoto C.I.

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Transportation Van, B.M.C And Desoto

Date(s) of occurrence: 5-12-22

State which of your federal constitutional or federal statutory rights have been violated:

14th Amendment

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

**What happened to you?**

I was sent to B.M.C in lake Butler on a Dental Call-out. when I got in the van I was Handcuffed with a Black Box And leg shackles But the drivers of the van failed to put the Seat belt on me. During the ride between 6:00 And 7:00 oclock the driver slammed on brakes And I was thrown from the back of the van to the front steele wall And a hole was cut into my leg by the shackles And my neck And back were injured As well

Rev. 5/20

| Who did what? | The driver failed to place me in the seatbelt provided for my safety, the Doctor and nurses failed to treat my injuries treating me with deliberate indifference |

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

**Was anyone else involved?** no

## VI.  ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.  RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like to be Compensated for my injuries

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### *ALL LITIGANTS MUST ANSWER:*

Have you to date brought any other lawsuits in state or federal court while a confined? ☒ Yes ☐ No

If yes, how many? __2__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

retaliation (Suwanee C.I.) Dismissed

Miramar P.D. (Dismissed)

Rev. 5/20

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

2-21-23
Dated

Benson Kinney
Plaintiff's Signature

Kinney Benson
Printed Name (Last, First, MI)

626969
Identification #

Desoto / Arcadia / Fl. / 34266
Institutional Name / City / State / Zip Code